No. 22-2160

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MICHAEL ANDREW KITCHEN,

    Plaintiff-Appellee,

v.

GRETCHEN WHITMER, Governor; HEIDI E. WASHINGTON, BRIAN SHIPMAN,

    Defendants-Appellants.

And

MICHAEL E. EAGEN

    Defendant

Appeal from the United States District Court
Eastern District of Michigan, Southern Division
Honorable Laurie J. Michelson

**DEFENDANTS-APPELLANTS' MOTION TO EXTEND TIME TO FILE BRIEF**

## Relief Sought

Governor Gretchen Whitmer, Michigan Department of Corrections Director Heidi E. Washington, and Brian Shipman, Defendants-Appellants herein, by Kristin M. Heyse, Assistant Attorney General, and pursuant to Fed. R. App. P. 26(b), move this Court for an order extending the time Defendants-Appellants may file their brief on appeal by 30 days so that their brief would be due by March 23, 2023.

## Grounds for Relief

This Motion should be granted because:

1. This is a prisoner civil rights case.

2. Per this Court's ruling letter of January 11, 2023, the Defendants-Appellants' Brief is due February 21, 2023.

3. Lead defense counsel is currently out of the office on family medical leave.

4. No prior extensions have been granted.

5. Counsel does not believe that the extension sought, if granted, will prejudice Plaintiff-Appellee, nor materially delay adjudication of this appeal.

WHEREFORE, the Defendants-Appellants Whitmer, Washington, and Shipman pray that this Honorable Court grant the above motion for extension.

> Respectfully submitted,
>
> /s/ Kristin M. Heyse
> Assistant Attorney General
> Attorney for Defendants-Appellants
> Michigan Dept of Attorney General
> Corrections Division
> P.O. Box 30217
> Lansing, MI 48909
> (517) 335-3055

Dated: February 15, 2023

## CERTIFICATE OF SERVICE

I certify that on February 15, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record (designated below).

> /s/Kristin M. Heyse
> Zachary A. Zurek (P64353)
> Assistant Attorney General
> Attorney for Defendants - Appellants