No. 22-2160

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MICHAEL ANDREW KITCHEN,

    Plaintiff-Appellee,

v.

GRETCHEN WHITMER, Governor; HEIDI E. WASHINGTON, BRIAN SHIPMAN,

    Defendants-Appellants.

And

MICHAEL E. EAGEN

    Defendant

Appeal from the United States District Court
Eastern District of Michigan, Southern Division
Honorable Laurie J. Michelson

**DEFENDANTS-APPELLANTS' SECOND MOTION TO EXTEND TIME TO FILE BRIEF**

## Relief Sought

Governor Gretchen Whitmer, Michigan Department of Corrections Director Heidi E. Washington, and Brian Shipman, Defendants-Appellants herein, by Kristin M. Heyse, Assistant Attorney General, and pursuant to Fed. R. App. P. 26(b), move this Court for an order extending the time Defendants-Appellants may file their brief on appeal by 14 days so that their brief would be due by April 6, 2023.

## Grounds for Relief

This motion should be granted because:

1. This is a prisoner civil rights case.

2. Per this Court's ruling letter of January 11, 2023, the Defendants-Appellants' brief was originally due February 21, 2023.

3. On February 15, 2023, this Court granted a 30-day extension of that date, making Defendants-Appellants' brief due March 23, 2023.

4. Lead defense counsel continues to be out of the office on family medical leave.

5. Counsel does not believe that a short, 14-day extension, if granted, will prejudice Plaintiff-Appellee, nor materially delay adjudication of this appeal.

WHEREFORE, the Defendants-Appellants Whitmer, Washington, and Shipman respectfully request that this Honorable Court grant the above motion for extension.

                                          Respectfully submitted,

                                          */s/ Kristin M. Heyse*
                                          Assistant Attorney General
                                          Attorney for Defendants-Appellants
                                          Michigan Dept of Attorney General
                                          Corrections Division
                                          P.O. Box 30217
                                          Lansing, MI 48909
                                          (517) 335-3055

Dated: March 23, 2023

## CERTIFICATE OF SERVICE

I certify that on March 23, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

*/s/Kristin M. Heyse*
Assistant Attorney General
Attorney for Defendants - Appellants